Fax Cover Letter

July 16, 2013

Attention: Court Clerk

Roman L Hruska, United States Courthouse

111 South 18th Plaza

Omaha, NE 6910

I am requesting that this document be entered into record.

It is involving case number 8:12 CR344

You will receive an original by certified, return receipt.

Thank you,

Joan Due

TO THE U.S. DISTRICT COURT IN OMAHA, NEBRASKA
ATTENTION: COURT CLERK
FILE THIS AND RETURN COPY SHOWING IT STAMPED FILED
WITH FILING DATE AND NUMBER IN COURT RECORDS (18 USC 3)

U.S. A. ex rel
PUBLIC OFFICIALS, OFFICERS, AND AGENTS
OF IRS PUBLIC TRUST
SADDLED WITH THE BURDEN OF PROOF
— PLAINTIFFS —

V.S.

RANDALL DUE, IN THE FLESH AND
BLOOD IN MY OWN PROPER PERSON
— DEFENDANT —

CASE NO. 8:12CR344

NOTICE OF
TERMINATION OF
APPOINTED COUNSEL
RETROACTIVE

I, RANDALL DUE, CERTIFY UNDER MY OWN COMMERCIAL
LIABILITY THAT THE AFORESAID AND FOLLOWING IS TRUE,
CORRECT, MATERIALLY COMPLETE, AND NOT MISLEADING
TO THE BEST OF MY KNOWLEDGE AND BELIEF.

NOTICE FOR AND ON THE OFFICIAL COURT RECORD

I, RANDALL DUE, HEREBY TERMINATE "MR HUG"
AS MY COURT APPOINTED ASSISTANCE OF COUNSEL,
RETROACTIVE TO THE FIRST DAY OF APPOINTMENT.
MY "PROBABLE CAUSE" FOR THIS TERMINATION IS
"INSUFFICIENT COUNSEL" (I BELIEVE -28 USC 2255-)

— OVER —

HENCEFORTH, I, RANDALL DUE, HAVE AND AM ACTING IN THE FLESH AND BLOOD, IN MY OWN PROPER PERSON, "WITHOUT RECOURSE" IN SELF-DEFENSE IN ALL CASES I AM INVOLVED IN.

I RESERVE THE RIGHT TO AMEND THIS AND/OR ANY OTHER DOCUMENT, SO THAT THE TRUTH CAN BE MORE FULLY AND CERTAINLY ASCERTAINED.

NOTICE TO PRINCIPAL IS NOTICE TO AGENT, NOTICE TO AGENT IS NOTICE TO PRINCIPAL

RANDALL DUE
179 GREEN ST. E.
PELHAM, GA 31779

*Randall Due*
"WITHOUT RECOURSE"
UCC 1-308 UP

JULY 12, 2013

CC: CONGRESSMEN of U.S.A., SELECTED MEDIA AND THE PUBLIC