TO THE U.S. DISTRICT COURT IN OMAHA, NEBRASKA
ATTENTION: COURT CLERK
FILE THIS AND RETURN COPY SHOWING IT STAMPED FILED
WITH FILING DATE AND NUMBER IN COURT RECORDS (18 USC 3)

U.S.A. ex rel
PUBLIC OFFICIALS, OFFICERS, AND AGENTS
OF THIS PUBLIC TRUST
SADDLED WITH THE BURDEN of PROOF
— PLAINTIFFS —

V.S.

RANDALL DUE, IN THE FLESH AND
BLOOD IN MY OWN PROPER PERSON
— DEFENDANT —

CASE NO. 8:12CR344
NOTICE OF
TERMINATION OF
APPOINTED COUNSEL
RETROACTIVE

I, RANDALL DUE, CERTIFY UNDER MY OWN COMMERCIAL
LIABILITY THAT THE AFORESAID AND FOLLOWING IS TRUE,
CORRECT, MATERIALLY COMPLETE, AND NOT MISLEADING
TO THE BEST OF MY KNOWLEDGE AND BELIEF.

NOTICE FOR AND ON THE OFFICIAL COURT RECORD

I, RANDALL DUE, HEREBY TERMINATE "MR BUG"
AS MY COURT APPOINTED ASSISTANCE OF COUNSEL,
RETROACTIVE TO THE FIRST DAY OF APPOINTMENT.
MY "PROBABLE CAUSE" FOR THIS TERMINATION IS
"INSUFFICIENT COUNSEL" (I BELIEVE -28 USC 2255=)

RECEIVED
JUL 22 2013
CLERK
U.S. DISTRICT COURT
OMAHA

— OVER

HENCEFORTH, I, RANDALL DUE, HAVE AND AM ACTING IN THE FLESH AND BLOOD, IN MY OWN PROPER PERSON, "WITHOUT RECOURSE" IN SELF-DEFENSE IN ALL CASES I AM INVOLVED IN.

I RESERVE THE RIGHT TO AMEND THIS AND/OR ANY OTHER DOCUMENT, SO THAT THE TRUTH CAN BE MORE FULLY AND CERTAINLY ASCERTAINED.

NOTICE TO PRINCIPAL IS NOTICE TO AGENT, NOTICE TO AGENT IS NOTICE TO PRINCIPAL

RANDALL DUE
129 GREEN ST. E.
PELHAM, GA 31779

Randall Due
"WITHOUT RECOURSE",
UCC 1-308 UP

JULY 12, 2013

CC: CONGRESSMEN OF U.S.A, SELECTED MEDIA
    AND THE PUBLIC

Return address:
Jan Doe
179 Green Street East
Pelkan, GA 31779-1350

RECEIVED
JUL 22 2013
CLERK
U.S. DISTRICT COURT
OMAHA

CERTIFIED MAIL

7012 1640 0001 1524 0608

Addressee:
Clerk of Court
Roman L. Hruska, U.S. Courthouse
111 South 18th Plaza
Omaha, NE

68102$2077



U.S. POSTAGE PAID
CAMILLA, GA 31730
JUL 16, 13
AMOUNT
$6.11
00050565-02



1000  68102